UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

James Bernard McCullum

v.                                           Case Number: 4:21–cv–03010

PHH Mortgage Corporation

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/4/2021

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 30, 2021

Nathan Ochsner, Clerk