IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES BERNARD MCCULLUM,** | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 4:21-cv-03010 |
| **PHH MORTGAGE CORPORATION,** | § § § | |
| *Defendant.* | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff, James Bernard McCullum ("Plaintiff"), and Defendant, PHH Mortgage Corporation ("Defendant") (Plaintiff and Defendant collectively, "Parties"), hereby file their Joint Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof would respectfully show the Court the following:

1. The Parties hereby jointly stipulate to dismiss the above civil case, and all claims asserted therein, with prejudice to refiling the same, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Parties also agree that all costs of court and attorney's fees incurred shall be borne by the Party incurring the same.

WHEREFORE, Plaintiff and Defendant hereby jointly stipulate and request that the Court enter an Order dismissing the above civil case, and all claims asserted therein, with prejudice to the refiling of the same, and for such other and further relief to which the Parties may be justly entitled.

Dated: November 24, 2021

Jointly respectfully submitted,

By: /s/ Ray L. Shackelford
Ray L. Shackelford
State Bar No. 18071500
rshackctic@yahoo.com
1406 Southmore Blvd.
Houston, Texas 77004
(713) 520-8484
(713) 520-8192 (Fax)

*Attorneys for Plaintiff James Bernard McCullum*

/s/ Brett W. Schouest
Brett W. Schouest
State Bar No. 17807700
Southern District ID 15356
BSchouest@dykema.com
Carrie C. Gorner
State Bar No. 24101198
Southern District ID 3709663
**DYKEMA GOSSETT PLLC**
112 East Pecan St., Suite 1800
San Antonio, Texas 78205
(210) 554-5500 – Telephone
(210) 226-8395 – Facsimile

*Attorneys for Defendant PHH Mortgage Corporation*

2